# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/1/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 01-00815DAE-LEK |
| CASE NAME: | Gregory Tapaoan, et al. Vs. State of Hawaii, Department of Public Safety, et al. |
| ATTYS FOR PLA: | Susan K. Dorsey |
| ATTYS FOR DEFT: | Caron M. Inagaki<br>Kendall J. Moser<br>Mark Nomura<br>Elbridge W. Smith (Claims Administrator) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 3/1/2006 | TIME: | 9:30-10:00 |

COURT ACTION:  EP: Status Conference Re: Distribution of the Settlement Fund and Dismissal of Case held.

Findings and Recommendation for Dismissal of the action to be filed.

Further Status Conference Re: Distribution of the Settlement Fund set for 9:30 9/8/06, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager