# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 01-00815DAE-LEK

CASE NAME:       Gregory Tapaoan, et al. Vs. State of Hawaii, Department of Public Safety, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi          REPORTER:

DATE:      3/1/2006                     TIME:

COURT ACTION:  EO: The parties stipulate and agree to extend the filing deadline to 6/2/06 for all claimants.

Further Status Conference Re: Distribution of the Settlement Fund to be held 9/8/06 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.

Claims Administrator's Final Report and Accounting shall be filed on 9/22/06.

IT SO ORDERED:

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager