# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 01-00815DAE-LEK |
| CASE NAME: | Gregory Tapaoan, et al. Vs. The State of Hawaii, et al. |

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 3/7/2006 | TIME: | |

---

COURT ACTION:  EO:  Court Order Denying Motion for Issuing of Subpoena, filed February 16, 2006.

Before the Court is Marty J. Martins' Motion for Issuing of Subpoena, filed February 16, 2006 ("Motion"), in which Mr. Martins requests issuance of subpoenas for the release of records and information in the instant matter.  Mr. Martins, however, is not a plaintiff in this action.  Nor is there evidence that Mr. Martins is a claimant in the proposed Class Action Settlement.  In order to be a claimant, Mr. Martins would have to submit the Class Action Claim form for the Settlement to the Claims Administrator.  The Court notes that the period to file claims was recently extended to June 6, 2006.

The Court therefore DENIES the Motion.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager