IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN, ET AL., <br><br>  Plaintiffs, <br><br> vs. <br><br> STATE OF HAWAI`I, ETC., ET AL., <br><br>  Defendants. | CIVIL NO. 01-00815 DAE-LEK |

### FINDINGS AND RECOMMENDATION THAT CASE BE DISMISSED

The Court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and the district court having adopted this Court's recommendation to grant the parties' joint motion for final approval of the settlement, and

GOOD CAUSE APPEARING THEREFOR,

THE COURT FINDS AND RECOMMENDS that this action should be hereby dismissed with prejudice, with the parties to bear their costs and attorneys' fees according to the terms of the Settlement Agreement. The Court retains jurisdiction to reopen the proceeding, upon good cause shown, if either party does not timely satisfy the settlement conditions.

IT IS SO FOUND AND RECOMMENDED.

DATED at Honolulu, Hawai`i, March 7, 2006.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

GREGORY TAPAOAN, ET AL. V. STATE OF HAWAI`I, ETC., ET AL; CIVIL NO. 01-00815 DAE-LEK; FINDINGS AND RECOMMENDATION THAT CASE BE DISMISSED