IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREGORY TAPAON, et al., | CIVIL 01-00815DAE-LEK |
| Plaintiffs, | |
| vs. | |
| STATE OF HAWAI'I, etc., et al., | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

      Findings and Recommendation having been filed and served on all parties on March 7, 2006, and no objections having been filed by any party,

      IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that Case be Dismissed" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 22, 2006.



_____
David Alan Ezra
United States District Judge

cc:all parties of record