AO 450 (Rev. 5/85) Judgment in a Civil Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| TAPAOAN, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 01-00815 DAE LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STATE OF HAWAII, et al., | March 22, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered pursuant to the, 'ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION", by the Honorable U.S. District Judge David Alan Ezra, and filed on, March 22, 2006.

cc: All counsel of record

_____          _____
March 22, 2006                                              SUE BEITIA
Date                                                                Clerk

                                                                    _____
                                                                    (By) Deputy Clerk