AO88 (Rev. 1/94) Subpoena in a Civil Case

ORIGINAL

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
APR 2 8 2006
at 3 o'clock and 23 min
SUE BEITIA, CLERK

GREGORY TAPAOAN, ET AL.,

        Plaintiffs

V.

STATE OF HAWAI'I, ETC., ET AL.,

        Defendants.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 01-00815 DAE-LEK

TO: Dennis Kamimura, Licensing Administrator or Representative
Motor Vehicles, Licensing & Permits Division
1199 Dillingham Blvd., A-101
Honolulu, Hawaii 96819

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Produce the drivers license information to obtain most current contact address information for each individual as identified on the "attached Confidential list," to allow the Claims Administrator in this case to forward Court approved Claim Forms to each such person.

| PLACE | DATE AND TIME |
|---|---|
| SMITH HIMMELMANN, Attys at Law, 745 Fort Street, Suite 311 Honolulu, Hawaii 96813 (Ph: 808-523-5050) | May 12, 2006  2:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Claims Administrator | April 27, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Elbridge W. Smith, Claims Administrator
745 Fort Street, Suite 311
Honolulu, Hawaii 96813        Ph: 808-523-5050

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 4/27/2006 | 1199 Dillingham, Honolulu, HI 96817 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Matt Catian | In Person |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| [signature] | Calvin D. Uhlig |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  04/27/2006
DATE

SIGNATURE OF SERVER: Calvin D. Uhlig

ADDRESS OF SERVER: 46-005 Kawa St., Suite 207
Kaneohe, HI 96744