# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:  CIVIL NO. 01-00185DAE-LEK

CASE NAME:  Gregory Tapaoan Vs. State of Hawaii, Department of Public Safety, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:  Leslie E. Kobayashi          REPORTER:
DATE:   06/19/2006                   TIME:

COURT ACTION:  EO: The Court is in receipt of a letter from Marty J. Martins, dated June 7, 2006, requesting that the Clerk's Office file his attached "Motion for Investigation of Collussion (sic)" ("Motion").  Mr. Martins is not a plaintiff in this action.  He is not a claimant in the class action settlement.  Therefore Mr. Martins may not file motions or other documents in this case.  The Court instructs the Clerk's Office to return Mr. Martin's Motion to him.

Further, the Court warns Mr. Martins that any future letters or submissions to the Clerk's Office requesting to file a document in this action will be refused because Mr. Martins is not a party in this action and is not a claimant in the class action settlement.  The Clerk's Office is directed to refuse and return any documents submitted by Mr. Martins in this action.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager