# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 01-00815DAE-LEK |
| CASE NAME: | Gregory Tapaoan, et al. vs. State of Hawaii, Department of Public Safety, et al. |
| ATTYS FOR PLA: | Susan K. Dorsey |
| ATTYS FOR DEFT: | Kendall J. Moser<br>Caron M. Inagaki<br>Mark M. Nomura<br>Elbridge W. Smith (Claims Administrator) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 08/21/2006 | TIME: | 9:40-10:00 |

COURT ACTION:  EP: Further Status Conference Re: Distribution of the Settlement Fund held.

Submitted by: Warren N. Nakamura, Courtroom Manager