# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 01-00815DAE-LEK |
| CASE NAME: | Gregory Tapaoan, et al. Vs. Stare of Hawaii, Department of Public Safety, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 09/26/2006 | TIME: | |

COURT ACTION:  **EO:   COURT ORDER:**

The Court is in receipt of the Claims Administrator's letter dated September 21, 2006 and received on September 25, 2006 in which he requests an extension of time from September 22 to September 29, 2006 to file the Claims Administrator's Report.

**The request is hereby GRANTED.**

Cc: all counsel and Claims Administrator

Submitted by: Warren N. Nakamura, Courtroom Manager