CORRESPONDENCE

TAPAOAN v. CAYETANO SETTLEMENT FUND
CLASS NOTICE & ADMINISTRATION
P.O. BOX 3373
HONOLULU, HAWAI`I 96801-3373
E-MAIL: claims@hawaii.rr.com

September 21, 2006

RECEIVED
U.S. MAGISTRATE
SEP 2 5 2006
at ___ o'clock and ___ min. ___ M.
DISTRICT OF HAWAII

The Honorable Leslie E. Kobayashi
U.S. Magistrate Judge
U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

      Re:    Civil No. 01-00815 DAE-LEK
             Tapaoan, et al., v. Cayetano, State of Hawaii, et. al.

Dear Judge Kobayashi:

      This letter will confirm my request as Administrator to file my Report next Friday, September 29, 2006, instead of tomorrow, September 22, 2006, to accommodate my absence during the past 10 days to attend to my 93-yr old father in the hospital in New York. I plan to meet with Defense counsel (Kendall J. Moser) and Plaintiffs counsel (Susan K. Dorsey and Mark S. Davis) during the next week to review and resolve those remaining document shortage areas.

      Thank you for your continued kokua in this matter.

                               Most sincerely yours,

                               Elbridge W. Smith
                               Claims Administrator

cc:    Kendal J. Moser, Deputy Attorney General
       Susan K. Dorsey, Esq.
       Mark S. Davis, Esq.

H:\CLIENTS\ACLU Prisoners' Class Action\Drafts\09-21-06 Ltr to Judge Kobayashi.wpd