# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CIVIL NO. 01-00815DAE-LEK

CASE NAME:    Gregory Tapaoan, et al. Vs. State of Hawaii, Department of Public Safety, et al.

ATTYS FOR PLA:    Susan K. Dorsey
Stanley H. Levin

ATTYS FOR DEFT:    Kendall J. Moser
Caron M. Inagaki
Mark M. Nomura
Elbridge W. Smith (Claims Administrator)

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 11/13/2006 | TIME: | 9:40-10:00 |

COURT ACTION:  EP: Further Status Conference Re: Distribution of Settlement Fund held.

Final Report due in 30 days, 12/14/06.

Submitted by: Warren N. Nakamura, Courtroom Manager