# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 01-00815DAE-LEK |
| CASE NAME: | Gregory Tapaoan, et al. Vs. State of Hawaii, Department of Public Safety, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 11/13/2006 | TIME: | |

COURT ACTION:  EO: The Claims Administrator shall file his Final Report by **December 14, 2006** and the Court, once the report is filed, recommends that this matter be Dismissed pursuant to the Settlement agreed to by the parties.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager