ELBRIDGE W. SMITH [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 538-1382
Email: claims@hawaii.rr.com

Claims Administrator

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>Plaintiffs,<br>vs.<br><br>BENJAMIN CAYETANO, et al.,<br><br>Defendants. | CIVIL NO. 01-00815 DAE LEK<br>(Class Action; Injunctions)<br><br>Claims Administrator's *Ex-Parte* Motion To File Exhibit Under Seal; Memorandum in Support of *Ex-Parte* Motion; Declaration of Elbridge W. Smith; Exhibit "A"; Proposed Order Granting *Ex-Parte* Motion to File Exhibit Under Seal; Certificate of Service<br><br>[NON-HEARING MOTION]<br><br>Magistrate Judge Leslie E. Kobayashi |

Claims Administrator's *Ex-Parte* Motion to File Exhibit Under Seal

COMES NOW, Claims Administrator Elbridge W. Smith, and hereby moves *ex-parte* for an Order to allow the Claims Administrator to file under seal an Exhibit to the Claims Administrator's Settlement Fund Proposed Plan of Allocation and

Report to protect the privacy and confidentiality of the claimants' identities in accordance with Class Action Claim Form (Exhibit "A"), which provides "that the information given here is private, and will be held in strictest confidence."

This *ex-parte* motion is brought pursuant to the Federal Rules of Civil Procedure, Rule 7, and is based on the Claims Administrator's Memorandum in Support of *Ex-parte* Motion, the Declaration of Elbridge W. Smith and Exhibit "A" attached hereto.

DATED: Honolulu, Hawaii, December 15, 2006.

_____
ELBRIDGE W. SMITH
Claims Administrator

2