*TAPAOAN v. CAYETANO* SETTLEMENT FUND
Civil No. 01-00815, United States District Court for Hawaii

Claims Administrator, P.O. Box 3373, Honolulu, Hawaii 96801 // *claims@hawaii.rr.com*

# CLASS ACTION CLAIM FORM
*see attached Notice of Class Action and Proposed Settlement*
(You must complete, sign and submit both sides of this claim form)

My current name and mailing address is: _____

_____

_____

_____

Yes, I wish to make a claim against the State of Hawaii because, sometime between December 10, 1999 and December 2, 2002, I was:

(1) held past 11:59 p.m. by the Department of Public Safety (at one or more of the following eight facilities: the Oahu, the Hawai`i, the Kaua`i, or the Maui Community Correctional Centers, or the Wai`awa Correctional Facility, the Halawa Correctional Facility, the Women's Community Correctional Center, or the Kulani Correctional Facility) on the day I was entitled to be released because of my acquittal, because of the dismissal of charges against me, because I had already completed my sentence, or because of other court order, and/or because I was

(2) subjected to a strip search or a visual body cavity search following my acquittal or the dismissal of charges against me.

*[For more information see 2nd Amended Notice of Class Action and Settlement and/or the Settlement Agreement referenced therein and on file with this Court.]*

I understand that any entitlement I may have under this Court Settlement Fund will be determined solely from records of the State of Hawaii, Department of Public Safety, and from information which I place on this submitted Claim Form. I understand that by filing this Claim, I do hereby release, and agree to the dismissal of, all claims that I may have against any of the Defendants in this legal case for my over-detention(s) and for any illegal search(es) of my person, during the time frame set forth above; and I hereby waive any and all rights to pursue or commence any other action or proceedings or to file any complaint, that I may have against of the Defendants in this legal case for any such overdetention(s) and for any such illegal search(es) of my person. The monies I may receive in this Settlement as determined by the Claims Administrator and approved by this Court are the only compensation and settlement that I can and will receive for these claims.

Please enter *all* information requested below:

Telephone number: ( ) _____    Date of Birth: _____
                area code + number                                      mm/dd/yyyy

My Social Security Number (SSN) or
IRS Individual Taxpayer Identification Number (TIN) is: _____

My State SID number is: _____

Other names or aliases I used (if any) between December 10, 1999 through December 2, 2002:
[And which may be in the State of Hawaii records of my detention(s)]

_____    _____

You must return this claim form so that it is mailed with a postmark no later than **June 2, 2006** in order to share in the Settlement Fund. Do not delay. If you do not return this form by **June 2, 2006**, you will receive no money from this settlement fund.

**EXHIBIT "A"**    (Turn over and complete other side)

Yes, I do qualify and I here make a Claim against the State of Hawaii in the *Tapaoan vs. Cayetano* Settlement Fund:

Check applicable box(es) and fill in blank information:

☐   I was over detained.   I was detained at _____ for approximately _____ days
                                              Facility name                                    # of days

after I should have been released on _____ . I was actually released on _____ .
                                           date                                            date

*and/or*

☐   I was subjected to an improper strip search or a visual body cavity search (see definition on other side of this claim form and in the attached Notice of Class Action Settlement). I was improperly searched following (check <u>one</u>):

☐ my acquittal on _____, or
                        date
☐ dismissal of charges on _____ .
                                  date

By signing this form below, I am confirming that the above information is correct and that:

1. I am the person identified on the reverse side of this form,
2. I am over the age of 18,
3. I agree to abide by, and be limited to, the formula for damages approved by the Court, and
4. I agree to keep the Claims Administrator informed of my current address at all times.

**By submitting this Claim Form, I agree to be bound by the determinations of the Claims Administrator as to the amount of money, if any, to which I am entitled, as may be approved by the U.S. Federal District Court; I waive any right to appeal; and I waive any cause of action against the Claims Administrator for negligence or gross negligence relating to administration and distribution of the Class Fund.**

I declare under penalty of perjury under the laws of the State of Hawai`i that the information given above is true and correct.

Date: _____    Signature: _____

*[For more information see the attached Notice of Class Action and Proposed Settlement and/or the Settlement Agreement referenced therein and on file with this Federal Court]*



The information given here is private, and will be held in strictest confidence. If you have any questions about this lawsuit, write to: Claims Administrator, P.O. Box 3373, Honolulu, Hawaii 96801 or contact him by email at claims@hawaii.rr.com.

THIS CLAIM MUST BE SIGNED AND POSTMARKED NO LATER THAN **November 30, 2005.**

(Turn over and complete other side)

Rev: 10-15-05