UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI'I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>                Plaintiffs,<br>vs.<br><br>BENJAMIN CAYETANO, et al.,<br><br>                Defendants. | CIVIL NO. 01-00815 DAE LEK<br>(Class Action; Injunctions)<br><br>ORDER Granting *Ex-Parte* Motion to File Under Seal<br><br>Magistrate Judge Leslie E. Kobayashi |

### Order Granting *Ex-Parte* Motion to File Under Seal

The Court having reviewed the Claims Administrator's *Ex-Parte* Motion to File under Seal, the Memorandum in Support, the Declaration of Elbridge W. Smith and Exhibit "A" thereto;

Wherefore and for good cause appearing, this Court hereby grants the Claims Administrator's *Ex-parte* Motion to File Exhibit under Seal and orders *ex-parte* that such unredacted copy of the Adjudication Report to be designated Exhibit "B" to Tapaoan v. Cayetano Settlement Fund Claims Administrator's Final Report be filed under seal with the Court and a redacted version, deleting the names of the claimants, be attached to the public Final Report filed with this Court.

DATED: Honolulu, Hawaii, _____.

LESLIE E. KOBAYASHI
United States Magistrate Judge