ELBRIDGE W. SMITH [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 538-1382
Email: claims@hawaii.rr.com

Claims Administrator

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN CAYETANO, et al.,<br><br>Defendants. | ) CIVIL NO. 01-00815 DAE LEK<br>) (Class Action; Injunctions)<br>)<br>) Claims Administrator's *Ex-Parte*<br>) Motion To File Exhibit Under Seal;<br>) Memorandum in Support of *Ex-Parte*<br>) Motion; Declaration of Elbridge W.<br>) Smith; Exhibit "A"; Proposed Order<br>) Granting *Ex-Parte* Motion to File<br>) Exhibit Under Seal; Certificate of<br>) Service<br>)<br>) [NON-HEARING MOTION]<br>)<br>) Magistrate Judge Leslie E. Kobayashi<br>)<br>) |

Claims Administrator's *Ex-Parte* Motion to File Exhibit Under Seal

COMES NOW, Claims Administrator Elbridge W. Smith, and hereby moves

*ex-parte* for an Order to allow the Claims Administrator to file under seal an Exhibit

to the Claims Administrator's Settlement Fund Proposed Plan of Allocation and

Report to protect the privacy and confidentiality of the claimants' identities in accordance with Class Action Claim Form (Exhibit "A"), which provides "that the information given here is private, and will be held in strictest confidence."

This *ex-parte* motion is brought pursuant to the Federal Rules of Civil Procedure, Rule 7, and is based on the Claims Administrator's Memorandum in Support of *Ex-parte* Motion, the Declaration of Elbridge W. Smith and Exhibit "A" attached hereto.

DATED: Honolulu, Hawaii, December 15, 2006.

_____
ELBRIDGE W. SMITH
Claims Administrator

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI'I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO, <br><br> Plaintiffs, <br> vs. <br><br> BENJAMIN CAYETANO, et al., <br><br><br><br> Defendants. | CIVIL NO. 01-00815 DAE LEK <br> (Class Action; Injunctions) <br><br> Claims Administrator's Memorandum in Support of *Ex-Parte* Motion |

Claims Administrator's
Memorandum in Support of *Ex-Parte* Motion

Claims Administrator Elbridge W. Smith, has moved *ex-parte* for an Order to allow him to file under seal the unreadacted version of his Adjudication Report Exhibit to his Claims Administrator's Settlement Fund Proposed Plan of Allocation and Report to protect the privacy and confidentiality of the claimants' identities, and other personal information, in accordance with the Class Action Claim Form (Exhibit "A"), which provides "that the information given here is private, and will be held in strictest confidence."

The Claims Administrator, pursuant to his duties and responsibilities to locate

potential claimants, sent potential claimants an approved Notice of the Tapaoan v. Cayetano Settlement and a Class Action Claim Form. Claimants then returned the completed Class Action Claim Form to the Claims Administrator for evaluation and possible participation in the Settlement Fund. The Class Action Claim Form provides near the bottom of the reverse side that "The information given here is private, and will be held in strictest confidence." (See Exhibit "A").

The Claims Adminitrator is to be presently filing the Claims Administrator's Proposed Plan of Allocation and Report (hereinafter "Plan Report"). The Plan Report will contain two versions of the Adjudication Report. The first is to be a Redacted copy of that Adjudication Report from which the claimants' names shall be hidden from public view in order to protect their privacy. Visible will be the claimant number, the number of Over Detention ["OD"] days awarded, whether compensation for an illegal Search was awarded, the total Amount of monetary compensation awarded and any relevant Comments. The second version of the Adjudication Report is a complete unredacted eport, also containing each of the claimants' names in addition to all the same information as contained in the Redacted copy of that Report.

In accordance with the Class Action Claim Form, providing that the claimants' information will be kept private and held in strictest confidence (Exhibit "A" hereto), the Claims Administrator requests *ex-parte* that the second unredacted complete

2

Case 1:01-cv-00815-DAE-LEK   Document 177-6   Filed 12/15/2006   Page 5 of 11

version of this Adjudication Report containing claimants' names be filed under seal with this Court, so that only the redacted version, deleting the claimants' names, will be accessible to the public.

The above facts, establish good cause for an *ex-parte* order to be issued by this Court so providing.

DATED: Honolulu, Hawaii, December 15, 2006.

_____
ELBRIDGE W. SMITH
Claims Administrator

3

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI'I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN CAYETANO, et al.,<br><br>Defendants. | CIVIL NO. 01-00815 DAE LEK<br>(Class Action; Injunctions)<br><br>Declaration of Elbridge W. Smith; Exhibit "A" |

H:\CLIENTS\ACLU Prisoners' Class Action\Drafts\12-15-05 Diane Declaration of EWS.wpd

## **DECLARATION OF ELBRIDGE W. SMITH**

I, ELBRIDGE W. SMITH, do hereby declare:

1. I am the Court appointed Claims Administrator for the Claims Fund pursuant to the Class Action Settlement Agreement in the above-referenced action.

2. I make this Declaration of my own personal knowledge and am competent to testify to the declarations stated herein.

3. Pursuant to the duties and responsibilities of the Claims Administrator to locate potential claimants, I caused the approved Notice of the Tapaoan v. Cayetano Settlement and of the Class Action Claim Form to be sent to potential claimants, who returned the completed Class Action Claim Form for evaluation and possible participation in the Settlement Fund. That Class action Claim Form provides near the bottom of the reverse side that "The information given here is private, and will be held in strictest confidence."

4. A true and correct copy of the Class Action Claim Form is attached hereto as Exhibit "A."

5. I am to be presently filing the Claims Administrator's Proposed Plan of Allocation and Report (hereinafter "Plan Report"). That Plan Report will contain two versions of my Adjudication Report. The first is to be a redacted copy of that Adjudication Report from which the claimants' names shall be hidden from view in order to protect their personal privacy. Visible will be the claimant number, the number of Over Detention days awarded, whether compensation for an illegal Search was awarded, the total Amount of Monetary Compensation Awarded and any relevant Comments. The second complete copy of the Adjudication Report will also contain each claimant's name in addition to all the same information as contained in the redacted copy of that Report.

6. In accordance with the Class Action Claim Form providing that the claimants' information will be kept private and held in strictest confidence (Exhibit "A" hereto), I as the Claims Administrator request *ex-parte* that the second unredacted copy of this Adjudication Report containing claimant names be filed under seal with this Court, so that only the redacted version, deleting the names of the claimants, will be accessible to the public.

7. The parties identified on the attached Certificate of Service were contacted and given notice of this *Ex-parte* Motion to File under Seal prior to the filing of this *ex-parte* motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   Honolulu, Hawaii, December 15, 2006.

_____
Elbridge W. Smith
Claims Administrator

2

*TAPAOAN v. CAYETANO* SETTLEMENT FUND
Civil No. 01-00815, United States District Court for Hawaii

Claims Administrator, P.O. Box 3373, Honolulu, Hawaii 96801 // *claims@hawaii.rr.com*

## CLASS ACTION CLAIM FORM
*see attached Notice of Class Action and Proposed Settlement*
(You must complete, sign and submit <u>both</u> sides of this claim form)

My current name and mailing address is:  _____

_____

_____

_____

Yes, I wish to make a claim against the State of Hawaii because, sometime between December 10, 1999 and December 2, 2002, I was:

    (1) held past 11:59 p.m. by the Department of Public Safety (at one or more of the following eight facilities: the Oahu, the Hawai`i, the Kaua`i, or the Maui Community Correctional Centers, or the Wai`awa Correctional Facility, the Halawa Correctional Facility, the Women's Community Correctional Center, or the Kulani Correctional Facility) on the day I was entitled to be released because of my acquittal, because of the dismissal of charges against me, because I had already completed my sentence, or because of other court order, and/or because I was

    (2) subjected to a strip search or a visual body cavity search following my acquittal or the dismissal of charges against me.

*[For more information see 2nd Amended Notice of Class Action and Settlement and/or the Settlement Agreement referenced therein and on file with this Court.]*

I understand that any entitlement I may have under this Court Settlement Fund will be determined solely from records of the State of Hawaii, Department of Public Safety, and from information which I place on this submitted Claim Form. I understand that by filing this Claim, I do hereby release, and agree to the dismissal of, all claims that I may have against any of the Defendants in this legal case for my over-detention(s) and for any illegal search(es) of my person, during the time frame set forth above; and I hereby waive any and all rights to pursue or commence any other action or proceedings or to file any complaint, that I may have against of the Defendants in this legal case for any such overdetention(s) and for any such illegal search(es) of my person. The monies I may receive in this Settlement as determined by the Claims Administrator and approved by this Court are the only compensation and settlement that I can and will receive for these claims.

Please enter <u>*all*</u> information requested below:

    Telephone number:  (    ) _____     Date of Birth: _____
                           area code + number                                    mm/dd/yyyy
    My Social Security Number (SSN) or
    IRS Individual Taxpayer Identification Number (TIN) is: _____
    My State SID number is: _____
    Other names or aliases I used (if any) between December 10, 1999 through December 2, 2002:
    [And which may be in the State of Hawaii records of my detention(s)]

_____     _____

<u>You must return this claim form so that it is mailed with a postmark no later than **June 2, 2006** in order to share in the Settlement Fund. Do not delay. If you do not return this form by **June 2, 2006**, you will receive no money from this settlement fund.</u>

**EXHIBIT "A"**     (Turn over and complete other side)

Yes, I do qualify and I here make a Claim against the State of Hawaii in the *Tapaoan vs. Cayetano* Settlement Fund:

Check applicable box(es) and fill in blank information:

☐ I was over detained.  I was detained at _____ for approximately ____ days
                                                     Facility name                                    # of days

after I should have been released on _____ .  I was actually released on _____.
                                                    date                                                      date

and/or

☐ I was subjected to an improper strip search or a visual body cavity search (see definition on other side of this claim form and in the attached Notice of Class Action Settlement).  I was improperly searched following (check <u>one</u>):

    ☐ my acquittal on _____, or
                                date
    ☐ dismissal of charges on _____ .
                                            date

By signing this form below, I am confirming that the above information is correct and that:

1. I am the person identified on the reverse side of this form,
2. I am over the age of 18,
3. I agree to abide by, and be limited to, the formula for damages approved by the Court, and
4. I agree to keep the Claims Administrator informed of my current address at all times.

**By submitting this Claim Form, I agree to be bound by the determinations of the Claims Administrator as to the amount of money, if any, to which I am entitled, as may be approved by the U.S. Federal District Court; I waive any right to appeal; and I waive any cause of action against the Claims Administrator for negligence or gross negligence relating to administration and distribution of the Class Fund.**

I declare under penalty of perjury under the laws of the State of Hawai`i that the information given above is true and correct.

Date: _____   Signature: _____

*[For more information see the attached Notice of Class Action and Proposed Settlement and/or the Settlement Agreement referenced therein and on file with this Federal Court]*

The information given here is private, and will be held in strictest confidence.  If you have any questions about this lawsuit, write to: Claims Administrator, P.O. Box 3373, Honolulu, Hawaii 96801 or contact him by email at claims@hawaii.rr.com.

THIS CLAIM MUST BE SIGNED AND POSTMARKED NO LATER THAN **November 30, 2005.**

(Turn over and complete other side)

Rev: 10-15-05

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI'I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN CAYETANO, et al.,<br><br>Defendants. | CIVIL NO. 01-00815 DAE LEK<br>(Class Action; Injunctions)<br><br>ORDER Granting *Ex-Parte* Motion to File Under Seal<br><br>Magistrate Judge Leslie E. Kobayashi |

### Order Granting *Ex-Parte* Motion to File Under Seal

The Court having reviewed the Claims Administrator's *Ex-Parte* Motion to File under Seal, the Memorandum in Support, the Declaration of Elbridge W. Smith and Exhibit "A" thereto;

Wherefore and for good cause appearing, this Court hereby grants the Claims Administrator's *Ex-parte* Motion to File Exhibit under Seal and orders *ex-parte* that such unredacted copy of the Adjudication Report to be designated Exhibit "B" to Tapaoan v. Cayetano Settlement Fund Claims Administrator's Final Report be filed under seal with the Court and a redacted version, deleting the names of the claimants, be attached to the public Final Report filed with this Court.

DATED: Honolulu, Hawaii, _____.

LESLIE E. KOBAYASHI
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BENJAMIN CAYETANO, et al.,<br><br>　　　　Defendants. | CIVIL NO. 01-00815 DAE LEK<br>(Class Action; Injunctions)<br><br>CERTIFICATE OF SERVICE |

H:\CLIENTS\ACLU Prisoners' Class Action\Drafts\12-14-06
Certificate of Service.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached *ex-parte* Motion documents was duly served upon the following by depositing same in the United States Postal Service, postage prepaid on this 15th day of December, 2006 and by email to:

　　Kendall J. Moser, Deputy Attorney General
　　　　425 Queen Street, Honolulu, Hawaii 96813
　　　　kendall.k.moser@hawaii.gov
　　Attorney for Defendants

　　Susan K. Dorsey, ACLU, P.O. BOX 3410, Honolulu, Hawaii 96801
　　　　Susankd@prodigy.net
　　Mark S. Davis, Esq, Davis Levin Livingston Grande
　　　　851 Fort Street, Honolulu, Hawaii 96813
　　　　MDavis@davislevin.com
　　Attorneys for Plaintiffs

DEC 1 5 2006

_____
ELBRIDGE W. SMITH