UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN CAYETANO, et al.,<br><br>Defendants. | ) CIVIL NO. 01-00815 DAE LEK<br>) (Class Action; Injunctions)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

H:\CLIENTS\ACLU Prisoners' Class Action\Drafts\12-14-06
Certificate of Service.wpd

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached *ex-parte* Motion documents was duly served upon the following by depositing same in the United States Postal Service, postage prepaid on this 15th day of December, 2006 and by email to:

    Kendall J. Moser, Deputy Attorney General
        425 Queen Street, Honolulu, Hawaii 96813
        kendall.k.moser@hawaii.gov
    Attorney for Defendants

    Susan K. Dorsey, ACLU, P.O. BOX 3410, Honolulu, Hawaii 96801
        Susankd@prodigy.net
    Mark S. Davis, Esq, Davis Levin Livingston Grande
        851 Fort Street, Honolulu, Hawaii 96813
        MDavis@davislevin.com
    Attorneys for Plaintiffs

DEC 1 5 2006

_____
ELBRIDGE W. SMITH