IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREGORY TAPAOAN, MICHAEL MARS, PEDRO RIBERIO, JOHN L. LEVAN, FLOYD SANTOS, FLOYD SYLVESTER, LEO TOILOLO, JOSE BACDAD, AND GEORGE RABAGO,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STATE OF HAWAII, ETC., ET AL.,<br><br>  Defendants. | CIVIL NO. 01-00815 DAE-LEK |

**ORDER GRANTING EX PARTE MOTION TO FILE UNDER SEAL**

The Court having reviewed the Claims Administrator's Ex Parte Motion to File under Seal, filed December 15, 2006, the Memorandum in Support, the Declaration of Elbridge W. Smith, and Exhibit "A" thereto;

Wherefore and for good cause appearing, this Court hereby GRANTS the Claims Administrator's Ex Parte Motion to File under Seal and ORDERS that such unredacted copy of the Adjudication Report, to be designated Exhibit "B" to the Settlement Fund Claims Administrator's Final Report, be filed under seal with the Court, and that a redacted version, deleting the names of the claimants, be attached to the public Final

Report filed with this Court.

       IT IS SO ORDERED.

       DATED AT HONOLULU, HAWAI`I, December 21, 2006.



       /s/ Leslie E. Kobayashi
       Leslie E. Kobayashi
       United States Magistrate Judge

**GREGORY TAPAOAN, ET AL. V. STATE OF HAWAI`I, ETC., ET AL.; CIVIL NO. 01-00815 DAE-LEK; ORDER GRANTING EX PARTE MOTION TO FILE UNDER SEAL**