# Tapaoan v. Cayetano Settlement Fund
## Claims Administrator's Final Report

OCCP = Outside Class Claims Period

| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 1 | | ☑ 3 | ☐ | $3000 | |
| 2 | | ☐ | ☐ | 0 | OCCP |
| 3 | | ☑ 1 | ☑ | $4000 | |
| 4 | | ☑ 5 | ☐ | $5000 | |
| 5 | | ☐ | ☐ | 0 | |
| 6 | | ☐ | ☐ | 0 | |
| 7 | | ☑ 1 | ☐ | $1000 | |
| 8 | | ☐ | ☐ | 0 | |
| 9 | | ☐ | ☐ | 0 | |
| 10 | | ☑ 1 | ☐ | $1000 | |
| 11 | | ☑ 1 | ☑ | $4000 | |
| 12 | | ☐ | ☐ | 0 | |
| 13 | | ☑ 1 | ☐ | $1000 | |
| 14 | | ☐ | ☐ | 0 | |
| 15 | | ☐ | ☐ | 0 | |
| 16 | | ☑ 1 | ☐ | $1000 | |
| 17 | | ☐ | ☐ | 0 | |
| 18 | | ☑ 20 | ☐ | $20,000 | |
| 19 | | ☐ | ☐ | 0 | |
| 20 | | ☐ | ☐ | 0 | OCCP |
| 21 | | ☐ | ☐ | 0 | OCCP |
| 22 | | ☑ 1 | ☐ | $1000 | |
| 23 | | ☐ | ☐ | 0 | |
| 24 | | ☑ 16 | ☐ | $16,000 | |
| 25 | | ☐ | ☑ | $3000 | |
| 26 | | ☐ | ☑ | $3000 | |
| 27 | | ☐ | ☐ | 0 | |
| 28 | | ☑ 3 | ☐ | $3000 | |
| 29 | | ☐ | ☐ | 0 | |
| 30 | | ☐ | ☐ | 0 | |

| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 31 | | ☑ 1 | ☐ | $1000 | OCCP |
| 32 | | ☑ 1 | ☑ | $4000 | |
| 33 | | ☐ | ☐ | 0 | |
| 34 | | ☐ | ☐ | 0 | |
| 35 | | ☐ | ☐ | 0 | |
| 36 | | ☐ | ☐ | 0 | |
| 37 | | ☐ | ☐ | 0 | |
| 38 | | ☐ | ☐ | 0 | OCCP |
| 39 | | ☐ | ☐ | 0 | |
| 40 | | ☑ 3 | ☐ | $3000 | |
| 41 | | ☑ 1 | ☑ | $7000 | SS x2 |
| 42 | | ☑ 2 | ☐ | $2000 | |
| 43 | | ☑ 5 | ☐ | $5000 | |
| 44 | | ☐ | ☐ | 0 | OCCP |
| 45 | | ☐ | ☐ | 0 | |
| 46 | | ☐ | ☐ | 0 | |
| 47 | | ☐ | ☐ | 0 | |
| 48 | | ☑ 19 | ☐ | $19,000 | |
| 49 | | ☐ | ☐ | 0 | |
| 50 | | ☑ 2 | ☐ | $2000 | |
| 51 | | ☑ 3 | ☐ | $3000 | |
| 52 | | ☐ | ☑ | $3000 | |
| 53 | | ☑ 5 | ☐ | $5000 | |
| 54 | | ☑ 12 | ☐ | $12,000 | |
| 55 | | ☐ | ☐ | 0 | |
| 56 | | ☑ 2 | ☑ | $8000 | SS x2 |
| 57 | | ☐ | ☐ | 0 | |
| 58 | | ☐ | ☐ | 0 | OCCP |
| 59 | | ☐ | ☐ | 0 | |
| 60 | | ☐ | ☐ | 0 | OCCP |
| 61 | | ☑ 1 | ☐ | $1000 | |
| 62 | | ☐ | ☑ | $3000 | |
| 63 | | ☐ | ☑ | $3000 | |
| 64 | | ☐ | ☐ | 0 | |
| 65 | | ☐ | ☐ | 0 | |

| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 66 | | ✓ 1 | ☐ | $1000 | |
| 67 | | ☐ | ☐ | 0 | |
| 68 | | ☐ | ✓ | $3000 | |
| 69 | | ✓ 1 | ✓ | $7000 | SS x2 |
| 70 | | ☐ | ☐ | 0 | |
| 71 | | ☐ | ☐ | 0 | |
| 72 | | ☐ | ☐ | 0 | OCCP |
| 73 | | ☐ | ☐ | 0 | |
| 74 | | ☐ | ☐ | 0 | OCCP |
| 75 | | ✓ 3 | ☐ | $3000 | |
| 76 | | ☐ | ☐ | 0 | |
| 77 | | ✓ 1 | ☐ | $1000 | |
| 78 | | ☐ | ☐ | 0 | |
| 79 | | ✓ 3 | ☐ | $3000 | |
| 80 | | ✓ 3 | ☐ | $3000 | |
| 81 | | ✓ 23 | ☐ | $23,000 | |
| 82 | | ☐ | ☐ | 0 | |
| 83 | | ☐ | ☐ | 0 | |
| 84 | | ☐ | ☐ | 0 | |
| 85 | | ☐ | ✓ | $3000 | |
| 86 | | ☐ | ☐ | 0 | OCCP |
| 87 | | ☐ | ☐ | 0 | OCCP |
| 88 | | ✓ 1 | ☐ | $1000 | |
| 89 | | ☐ | ☐ | 0 | OCCP |
| 90 | | ☐ | ☐ | 0 | |
| 91 | | ☐ | ☐ | 0 | |
| 92 | | ☐ | ☐ | 0 | |
| 93 | | ☐ | ✓ | $3000 | |
| 94 | | ✓ 1 | ✓ | $4000 | |
| 95 | | ✓ 1 | ☐ | $1000 | |
| 96 | | ☐ | ☐ | 0 | |
| 97 | | ✓ | ☐ | $1000 | |
| 98 | | ☐ | ☐ | 0 | |
| 99 | | ☐ | ☐ | 0 | OCCP |
| 100 | | ✓ 1 | ☐ | $1000 | |



| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 101 | | ☐ | ☐ | 0 | |
| 102 | | ☐ | ☑ | $3000 | |
| 103 | | ☑ 2 | ☐ | $2000 | |
| 104 | | ☐ | ☐ | 0 | |
| 105 | | ☐ | ☐ | 0 | |
| 106 | | ☑ 1 | ☑ | $4000 | |
| 107 | | ☑ 19 | ☐ | $19,000 | |
| 108 | | ☑ 3 | ☐ | $3000 | |
| 109 | | ☑ 1 | ☐ | $1000 | |
| 110 | | ☐ | ☐ | 0 | |
| 111 | | ☐ | ☐ | 0 | |
| 112 | | ☑ 3 | ☐ | $3000 | |
| 113 | | ☐ | ☐ | 0 | |
| 114 | | ☐ | ☐ | 0 | Deceased |
| 115 | | ☑ 5 | ☐ | $5000 | Deceased |
| 116 | | ☐ | ☐ | 0 | |
| 117 | | ☐ | ☐ | 0 | |
| 118 | | ☐ | ☑ | $3000 | |
| 119 | | ☐ | ☐ | 0 | |
| 120 | | ☑ 1 | ☐ | $1000 | OCCP |
| 121 | | ☐ | ☐ | 0 | |
| 122 | | ☑ 1 | ☐ | $1000 | |
| 123 | | ☐ | ☐ | 0 | |
| 124 | | ☐ | ☐ | 0 | |
| 125 | | ☑ 1 | ☐ | $1000 | |
| 126 | | ☐ | ☐ | 0 | |
| 127 | | ☐ | ☑ | $3000 | |
| 128 | | ☐ | ☐ | 0 | |
| 129 | | ☐ | ☐ | 0 | OCCP |
| 130 | | ☐ | ☑ | $6000 | SS x2 |
| 131 | | ☐ | ☐ | 0 | |
| 132 | | ☐ | ☐ | 0 | |
| 133 | | ☐ | ☑ | $3000 | |
| 134 | | ☐ | ☐ | 0 | |
| 135 | | ☑ 1 | ☑ | $4000 | |

| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 136 | | ☐ | ☐ | 0 | |
| 137 | | ☑ 1 | ☐ | $1000 | |
| 138 | | ☐ | ☐ | 0 | OCCP |
| 139 | | ☑ 6 | ☐ | $6000 | |
| 140 | | ☑ 9 | ☐ | $9000 | |
| 141 | | ☑ 11 | ☐ | $11,000 | |
| 142 | | ☑ 1 | ☐ | $1000 | |
| 143 | | ☑ 4 | ☐ | $4000 | Deceased |
| 144 | | ☑ 2 | ☐ | $2000 | |
| 145 | | ☐ | ☑ | $3000 | |
| 146 | | ☑ 8 | ☑ | $11,000 | |
| 147 | | ☐ | ☐ | 0 | |
| 148 | | ☐ | ☐ | 0 | |
| 149 | | ☐ | ☐ | 0 | |
| 150 | | ☐ | ☐ | 0 | |
| 151 | | ☑ 3 | ☐ | $3000 | OCCP |
| 152 | | ☐ | ☐ | 0 | |
| 153 | | ☑ 1 | ☐ | $1000 | |
| 154 | | ☐ | ☐ | 0 | |
| 155 | | ☐ | ☐ | 0 | OCCP |
| 156 | | ☐ | ☐ | 0 | |
| 157 | | ☐ | ☑ | $3000 | |
| 158 | | ☑ 3 | ☐ | $3000 | |
| 159 | | ☑ 1 | ☐ | $1000 | |
| 160 | | ☐ | ☐ | 0 | |
| 161 | | ☑ 1 | ☐ | $1000 | OCCP |
| 162 | | ☑ 1 | ☐ | $1000 | |
| 163 | | ☐ | ☐ | 0 | |
| 164 | | ☐ | ☐ | 0 | |
| 165 | | ☑ 1 | ☐ | $1000 | |
| 166 | | ☐ | ☐ | 0 | |
| 167 | | ☑ 3 | ☑ | $6000 | |
| 168 | | ☑ 5 | ☐ | $5000 | |
| 169 | | ☐ | ☐ | 0 | |
| 170 | | ☐ | ☐ | 0 | |

| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 171 | | ☐ | ☐ | 0 | |
| 172 | | ☐ | ☐ | 0 | |
| 173 | | ☑ 5 | ☐ | $5000 | |
| 174 | | ☑ 5 | ☐ | $5000 | |
| 175 | | ☑ 2 | ☑ | $5000 | |
| 176 | | ☑ 2 | ☑ | $5000 | |
| 177 | | ☐ | ☐ | 0 | |
| 178 | | ☐ | ☐ | 0 | |
| 179 | | ☑ 2 | ☐ | $2000 | |
| 180 | | ☐ | ☐ | 0 | |
| 181 | | ☐ | ☐ | 0 | |
| 182 | | ☑ 2 | ☐ | $2000 | |
| 183 | | ☐ | ☐ | 0 | |
| 184 | | ☐ | ☐ | 0 | |
| 185 | | ☐ | ☐ | 0 | OCCP |
| 186 | | ☐ | ☐ | 0 | OCCP |
| 187 | | ☐ | ☑ | $3000 | |
| 188 | | ☑ 1 | ☐ | $1000 | |
| 189 | | ☑ 1 | ☐ | $1000 | |
| 190 | | ☑ 1 | ☐ | $1000 | |
| 191 | | ☐ | ☑ | $3000 | |
| 192 | | ☐ | ☐ | 0 | OCCP |
| 193 | | ☐ | ☐ | 0 | |
| 194 | | ☐ | ☐ | 0 | |
| 195 | | ☐ | ☐ | 0 | |
| 196 | | ☑ 1 | ☐ | $1000 | |
| 197 | | ☐ | ☑ | $3000 | |
| 198 | | ☐ | ☐ | 0 | |
| 199 | | ☑ 2 | ☐ | $2000 | |
| 200 | | ☐ | ☐ | 0 | |
| 201 | | ☐ | ☑ | $3000 | |
| 202 | | ☐ | ☐ | 0 | OCCP |
| 203 | | ☐ | ☑ | $6000 | SS x2 |
| 204 | | ☐ | ☐ | 0 | OCCP |
| 205 | | ☑ 1 | ☐ | $1000 | |

*Thursday, December 28, 2006*

EXHIBIT "A" *Page 6 of 11*

| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 206 | | ☑ 1 | ☐ | $1000 | |
| 207 | | ☑ 4 | ☐ | $4000 | |
| 208 | | ☐ | ☐ | 0 | OCCP |
| 209 | | ☐ | ☐ | 0 | |
| 210 | | ☐ | ☐ | 0 | |
| 211 | | ☐ | ☐ | 0 | OCCP |
| 212 | | ☐ | ☐ | 0 | |
| 213 | | ☐ | ☐ | 0 | |
| 214 | | ☑ 5 | ☐ | $5000 | |
| 215 | | ☐ | ☐ | 0 | |
| 216 | | ☑ 1 | ☐ | $1000 | |
| 217 | | ☐ | ☐ | 0 | |
| 218 | | ☐ | ☐ | 0 | |
| 219 | | ☐ | ☐ | 0 | |
| 220 | | ☐ | ☑ | $3000 | |
| 221 | | ☐ | ☑ | $3000 | |
| 222 | | ☑ 2 | ☐ | $2000 | |
| 223 | | ☑ 1 | ☐ | $1000 | |
| 224 | | ☐ | ☐ | 0 | |
| 225 | | ☐ | ☐ | 0 | |
| 226 | | ☑ 4 | ☐ | $4000 | |
| 227 | | ☐ | ☐ | 0 | |
| 228 | | ☐ | ☐ | 0 | |
| 229 | | ☐ | ☐ | 0 | |
| 230 | | ☐ | ☐ | 0 | |
| 231 | | ☐ | ☐ | 0 | |
| 232 | | ☐ | ☐ | 0 | |
| 233 | | ☑ | ☐ | $1000 | |
| 234 | | ☐ | ☐ | 0 | |
| 235 | | ☐ | ☐ | 0 | OCCP |
| 236 | | ☐ | ☐ | 0 | |
| 237 | | ☐ | ☐ | 0 | OCCP |
| 238 | | ☐ | ☐ | 0 | |
| 239 | | ☐ | ☑ | $3000 | |
| 240 | | ☐ | ☐ | 0 | |

*Thursday, December 28, 2006*

EXHIBIT "A" Page 7 of 11

| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 241 | | ☐ | ☐ | 0 | |
| 242 | | ☐ | ☑ | $3000 | |
| 243 | | ☑ 1 | ☐ | $1000 | OCCP |
| 244 | | ☐ | ☐ | 0 | |
| 245 | | ☐ | ☑ | $3000 | |
| 246 | | ☑ 15 | ☐ | $15,000 | |
| 247 | | ☑ 1 | ☐ | $1000 | |
| 248 | | ☐ | ☐ | 0 | |
| 249 | | ☐ | ☐ | 0 | |
| 250 | | ☐ | ☑ | $3000 | |
| 251 | | ☐ | ☑ | $3000 | |
| 252 | | ☑ 1 | ☐ | $1000 | |
| 253 | | ☐ | ☐ | 0 | |
| 254 | | ☐ | ☐ | 0 | |
| 255 | | ☑ 2 | ☐ | $2000 | |
| 256 | | ☐ | ☑ | $3000 | |
| 257 | | ☑ 6 | ☐ | $6000 | |
| 258 | | ☐ | ☐ | 0 | |
| 259 | | ☑ 6 | ☐ | $6000 | |
| 260 | | ☐ | ☑ | $3000 | |
| 261 | | ☐ | ☐ | 0 | |
| 262 | | ☐ | ☐ | 0 | |
| 263 | | ☑ 1 | ☑ | $4000 | |
| 264 | | ☐ | ☐ | 0 | |
| 265 | | ☑ 2 | ☐ | $2000 | |
| 266 | | ☑ 1 | ☐ | $1000 | |
| 267 | | ☐ | ☑ | $3000 | |
| 268 | | ☐ | ☑ | $3000 | |
| 269 | | ☐ | ☐ | 0 | |
| 270 | | ☐ | ☑ | $3000 | |
| 271 | | ☐ | ☐ | 0 | |
| 272 | | ☑ 1 | ☐ | $1000 | |
| 273 | | ☐ | ☑ | $3000 | |
| 274 | | ☐ | ☐ | 0 | |
| 275 | | ☑ 1 | ☐ | $1000 | |

*Thursday, December 28, 2006*



| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 276 | | ☑ 2 | ☐ | $2000 | |
| 277 | | ☑ 1 | ☐ | $1000 | |
| 278 | | ☑ 1 | ☐ | $1000 | |
| 279 | | ☑ 1 | ☐ | $1000 | |
| 280 | | ☐ | ☐ | 0 | |
| 281 | | ☑ 1 | ☐ | $1000 | |
| 282 | | ☐ | ☐ | 0 | OCCP |
| 283 | | ☐ | ☐ | 0 | |
| 284 | | ☑ 1 | ☐ | $1000 | |
| 285 | | ☐ | ☐ | 0 | OCCP |
| 286 | | ☐ | ☐ | 0 | OCCP |
| 287 | | ☐ | ☐ | 0 | |
| 288 | | ☑ 5 | ☐ | $5000 | |
| 289 | | ☐ | ☐ | 0 | OCCP |
| 290 | | ☐ | ☑ | $3000 | |
| 291 | | ☐ | ☐ | 0 | |
| 292 | | ☐ | ☐ | 0 | OCCP |
| 293 | | ☐ | ☑ | $3000 | |
| 294 | | ☐ | ☐ | 0 | |
| 295 | | ☐ | ☑ | $3000 | |
| 296 | | ☐ | ☐ | 0 | OCCP |
| 297 | | ☐ | ☐ | 0 | OCCP |
| 298 | | ☑ 1 | ☑ | $4000 | |
| 299 | | ☐ | ☑ | $3000 | |
| 300 | | ☐ | ☑ | $3000 | |
| 301 | | ☐ | ☑ | $3000 | |
| 302 | | ☐ | ☐ | 0 | |
| 303 | | ☑ 1 | ☐ | $1000 | |
| 304 | | ☑ 1 | ☐ | $1000 | |
| 305 | | ☐ | ☐ | 0 | |
| 306 | | ☐ | ☑ | $3000 | |
| 307 | | ☐ | ☑ | $3000 | |
| 308 | | ☑ 2 | ☑ | $5000 | |
| 309 | | ☑ 2 | ☐ | $2000 | |
| 310 | | ☐ | ☑ | $3000 | |

*Thursday, December 28, 2006*

EXHIBIT "A" *Page 9 of 11*

| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 311 | | ✔ 1 | ☐ | $1000 | |
| 312 | | ☐ | ☐ | 0 | |
| 313 | | ✔ 1 | ☐ | $1000 | |
| 314 | | ☐ | ✔ | $3000 | |
| 315 | | ✔ 3 | ☐ | $3000 | |
| 316 | | ☐ | ☐ | 0 | |
| 317 | | ☐ | ✔ | $3000 | |
| 318 | Sr. | ☐ | ☐ | 0 | OCCP |
| 319 | | ✔ 1 | ☐ | $1000 | |
| 320 | | ✔ 1 | ☐ | $1000 | |
| 321 | | ☐ | ☐ | 0 | |
| 322 | | ☐ | ☐ | 0 | |
| 323 | | ☐ | ☐ | 0 | OCCP |
| 324 | | ☐ | ✔ | $3000 | |
| 325 | | ☐ | ☐ | 0 | |
| 326 | | ☐ | ☐ | 0 | |
| 327 | | ✔ 2 | ☐ | $2000 | |
| 328 | | ☐ | ✔ | $3000 | |
| 329 | | ☐ | ✔ | $3000 | OCCP |
| 330 | | ✔ 1 | ☐ | $1000 | |
| 331 | | ☐ | ☐ | 0 | |
| 332 | | ✔ 1 | ✔ | $4000 | |
| 333 | | ☐ | ☐ | 0 | OCCP |
| 334 | | ☐ | ✔ | $3000 | |
| 335 | | ☐ | ☐ | 0 | |
| 336 | | ✔ 1 | ☐ | $1000 | |
| 337 | | ✔ 1 | ☐ | $1000 | |
| 338 | nu | ✔ 4 | ☐ | $4000 | |
| 339 | | ☐ | ✔ | $3000 | |
| 340 | | ☐ | ✔ | $3000 | |
| 341 | | ✔ 1 | ☐ | $1000 | |
| 342 | | ✔ 5 | ☐ | $5000 | |
| 343 | | ☐ | ✔ | $3000 | |
| 344 | | ✔ 2 | ☐ | $2000 | |
| 345 | | ☐ | ☐ | 0 | |

*Thursday, December 28, 2006*

EXHIBIT "A"    *Page 10 of 11*

| Claim No. | Name (First Last) | OD / Days | Search | Amount | Comments |
|---|---|---|---|---|---|
| 346 | | ☐ | ☐ | 0 | |
| 347 | | ☐ | ☐ | 0 | |
| 348 | | ☐ | ☐ | 0 | |
| 349 | | ☑ 2 | ☐ | $2000 | OCCP |
| 350 | | ☑ 1 | ☐ | $1000 | |
| 351 | | ☐ | ☐ | 0 | |
| 352 | | ☐ | ☑ | $3000 | |
| 353 | | ☐ | ☐ | 0 | OCCP |
| 354 | | ☐ | ☑ | $3000 | |
| 355 | | ☐ | ☐ | 0 | |
| 356 | | ☐ | ☑ | $3000 | |
| 357 | | ☐ | ☐ | 0 | OCCP |
| 358 | | ☐ | ☐ | 0 | |
| 359 | | ☐ | ☐ | 0 | |
| 360 | | ☐ | ☑ | $3000 | |
| 361 | | ☐ | ☐ | 0 | Untimely Claim |

**Total of All Approved Claims**   $ 610,000.00   # of Records: 361