ELBRIDGE W. SMITH  [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii  96813
Telephone No.:  (808) 523-5050
Fax No.:  (808) 538-1382
Email: shlaw@hawaii.rr.com

Claims Administrator

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO, <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN CAYETANO, et al., <br><br> Defendants. | CIVIL NO. 01-00815 DAE LEK <br> (Class Action; Injunctions) <br><br> EXHIBIT "B" (under Seal) <br><br> (to Claims Administrator's Report, Plan of Allocation and Requested Order) <br><br><br> Magistrate Judge Leslie E. Kobayashi |

H:\CLIENTS\ACLU Prisoners' Class Action\Plead\Cover Sheet EXHIBIT B to 12-29-06 Administrator Report.wpd

    Filed under SEAL pursuant to Order Granting Ex Parte Motion to File Under Seal, filed herein on December 27, 2009, and signed by Magistrate Judge Leslie E. Kobayashi.

    DATED: Honolulu, Hawaii, December 29, 2006.

*/s/ Elbridge W. Smith*

_____
ELBRIDGE W. SMITH
Claims Administrator