IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>           Plaintiffs,<br>    vs.<br><br>BENJAMIN CAYETANO, ETC., ET AL.,<br>           Defendants. | CIVIL NO. 01-00815 DAE-LEK |

<u>ORDER APPROVING CLAIMS ADMINISTRATOR'S PLAN OF ALLOCATION</u>

The Court having reviewed the Claims Administrator's Report, Plan of Allocation and Requested Order, and Exhibits "A" and "B" thereto, filed December 29, 2006;

Wherefore and for good cause appearing, this Court hereby GRANTS the Claims Administrator's Request for Approval of his Plan of Allocation as set forth in his Report and Exhibits "A" and "B" thereto and ORDERS that such payments may be made now to each such identified Claimant.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAI`I, January 3, 2007.



　　　　　　　　　　　　　　　　/S/ Leslie E. Kobayashi
　　　　　　　　　　　　　　　　Leslie E. Kobayashi
　　　　　　　　　　　　　　　　United States Magistrate Judge