AMERICAN CIVIL LIBERTIES UNION OF HAWAI`I
SUSAN K. DORSEY            7431
P.O. BOX 3410
Honolulu, Hawai`i 96801
Telephone: (808) 779-7104
Facsimile: (808) 522-5909

DAVIS LEVIN LIVINGSTON GRANDE
MARK S. DAVIS              1442
STANLEY E. LEVIN           1152
MICHAEL K. LIVINGSTON      4161
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-7500
Facsimile: (808) 545-7802

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>            Plaintiffs,<br><br>  vs.<br><br>LINDA LINGLE, in her official capacity, et al.,<br><br>            Defendants. | ) CIVIL NO. 01-00815 DAE LEK<br>) (Class Action; Injunctions)<br>)<br>) CLASS COUNSEL'S MOTION<br>) FOR AWARD FOR NAMED<br>) PLAINTIFFS; MEMORANDUM<br>) IN SUPPORT OF MOTION;<br>) DECLARATION OF STANLEY E.<br>) LEVIN AND CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>)<br>)<br>)<br>) |

## CLASS COUNSEL'S MOTION FOR
## AWARD FOR NAMED PLAINTIFFS

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Plaintiffs hereby seek by this motion for an Order allowing the claims administrator the discretion to pay the named Plaintiffs in the above-entitled case an award from the existing class fund for serving as such. The administration of the class fund should include an amount for the named Plaintiffs in this case in addition to the funds received as part of the class recovery. Plaintiffs were unable to obtain a stipulation from Defendants for a modest award despite repeated attempts thereby necessitating the instant motion.

This motion is based on the memorandum in support of this motion and the Declaration of Stanley E. Levin.

DATED: Honolulu, Hawai`i, January 25, 2007.

/S/ STANLEY E. LEVIN

_____
SUSAN K. DORSEY
MARK S. DAVIS
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs