IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>          Plaintiffs,<br><br>   vs.<br><br>LINDA LINGLE, in her official capacity, et al.,<br><br>          Defendants. | ) CIVIL NO. 01-00815 DAE LEK<br>) (Class Action; Injunctions)<br>)<br>) DECLARATION OF STANLEY<br>) E. LEVIN<br>) |

## **DECLARATION OF STANLEY E. LEVIN**

I, STANLEY E. LEVIN, declare that:

1. I am a partner with the firm of Davis Levin Livingston Grande, attorneys for Plaintiffs in the above-captioned matter. I am licensed to practice before all courts of the State of Hawai`i, and in the United States District Court for the District of Hawai`i. In addition, I am admitted to practice before the United States Court of Appeals for the Ninth Circuit. I have prepared this Declaration based on my personal knowledge and information.

2. I am one of the attorneys for the above-named plaintiffs who represent the interests of the class in this action. I was admitted to practice in Hawaii in

March 1972. Later I was admitted to the bar of the Ninth Circuit Court of Appeals and still later to the bar of the United States Supreme Court.

     3.     Plaintiffs recommend that the Court allow the Claims Administrator Elbridge Smith, Esq., the discretion to award of a modest amount from the existing class fund to named Plaintiffs for serving as such. Mr. Smith has experience in class action administration, where named Plaintiffs received an award for representing the interests of the class including in the administration of the following class action cases: *Pekarsky v. Ariyoshi*, 695 F.2d 352 (9th Cir. 1982); *Atchison et al v. Oahu Construction et al*, Circuit Court Civil no. 93-4360-11.

     4.     Plaintiffs therefore request an order allowing Elbridge W. Smith, as claims administrator, the discretion to award a modest amount from the existing class fund to Named Plaintiffs for serving as such.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of January, 2007, in Honolulu, Hawaii.

                                              /s/ STANLEY E. LEVIN

                                              _____
                                              STANLEY E. LEVIN