IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREGORY TAPAOAN, et. al., ) | CIVIL NO. 01-00815 DAE/LEK |
| ) | (Class Action; Injunctions) |
| Plaintiffs, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| BENJAMIN CAYETANO, et. al.; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that on January 25, 2007, a copy of the Class Counsel's Motion for Award for Named Plaintiffs was served by mail, U.S. postage prepaid to the following:

>MARK M. NOMURA, Esq.
>CARON M. INAGAKI, Esq.
>KENDALL J. MOSER, Esq.
>Deputy Attorneys General
>425 Queen Street
>Honolulu, Hawai`i  96813
>Attorneys for Defendants

DATED:  Honolulu, Hawaii, January 25, 2007.

>/S/ STANLEY E. LEVIN
>_____
>SUSAN K. DORSEY
>MARK S. DAVIS
>STANLEY E. LEVIN
>MICHAEL K. LIVINGSTON
>Attorneys for Plaintiffs