AMERICAN CIVIL LIBERTIES UNION OF HAWAI`I
SUSAN K. DORSEY           7431
P.O. BOX 3410
Honolulu, Hawai`i 96801
Telephone:  (808) 779-7104
Facsimile:  (808) 522-5909

DAVIS LEVIN LIVINGSTON GRANDE
MARK S. DAVIS             1442
STANLEY E. LEVIN          1152
MICHAEL K. LIVINGSTON     4161
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-7500
Facsimile:  (808) 545-7802

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BENJAMIN CAYETANO, et al.,<br><br>          Defendants. | ) CIVIL NO. 01-00815 DAE LEK<br>) (Class Action; Injunctions)<br>)<br>) ERRATA RE: CLASS<br>) COUNSEL'S MOTION FOR<br>) AWARD FOR NAMED<br>) PLAINTIFFS AND CERTIFICATE<br>) OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ERRATA RE: CLASS COUNSEL'S MOTION FOR
## AWARD FOR NAMED PLAINTIFFS

Plaintiffs filed a Class Counsel's Motion for Award for Named Plaintiffs on January 25, 2007 by electronic filing.  This errata is being filed because Linda Lingle was listed as the named Defendant by mistake.  Please note that the named Defendant should have been Benjamin Cayetano instead of Linda Lingle.

DATED:  Honolulu, Hawai`i, January 29, 2007.

/S/ STANLEY E. LEVIN

_____
SUSAN K. DORSEY
MARK S. DAVIS
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs