IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREGORY TAPAOAN, et. al., ) | CIVIL NO. 01-00815 DAE/LEK |
| ) | (Class Action; Injunctions) |
| Plaintiffs, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| BENJAMIN CAYETANO, et. al.; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that on January 29, 2007, a copy of the Errata re:

Class Counsel's Motion for Award for Named Plaintiffs was served by mail,

U.S. postage prepaid to the following:

    MARK M. NOMURA, Esq.
    CARON M. INAGAKI, Esq.
    KENDALL J. MOSER, Esq.
    Deputy Attorneys General
    425 Queen Street
    Honolulu, Hawai`i  96813
    Attorneys for Defendants

    DATED:  Honolulu, Hawaii, January 29, 2007.

                                      /S/ STANLEY E. LEVIN
                                      _____
                                      SUSAN K. DORSEY
                                      MARK S. DAVIS
                                      STANLEY E. LEVIN
                                      MICHAEL K. LIVINGSTON
                                      Attorneys for Plaintiffs