# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/31/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 01-00815DAE-LEK
CASE NAME:        Gregory Tapaoan, et al. Vs. The State of Hawaii, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi        REPORTER:

DATE:    01/31/2007                 TIME:

COURT ACTION:  EO: Class Counsel's Motion for Award of Named Plaintiffs will be considered by Magistrate Judge Leslie E. Kobayashi as a Non-Hearing Motion.

Memorandum in Opposition is due **2/14/07.**
Reply Memorandum is due **2/28/07**.

Class Counsel's Motion for Award of Named Plaintiffs will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager