IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO T. TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BENJAMIN CAYETANO, in his official capacity; TED SAKAI, in his official and individual capacity; ED SHIMODA, in his official and individual capacity; F. CAPPY CAMINOS, in his official and individual capacity; CLAYTON FRANK, in his official and individual capacity; BERYL IRAMINA, in her official and individual capacity; NEAL WAGATSUMA in his official and individual capacity; and ALBERT MURASHIGE, in his official and individual capacity,<br><br>　　　　　Defendants. | CIVIL NO. 01-00815 DAE-LEK<br>(Class Action; Injunctions)<br><br>DECLARATION OF KENDALL J. MOSER; EXHIBIT "A" |

<u>DECLARATION OF KENDALL J. MOSER</u>

　　　　KENDALL J. MOSER, pursuant to 28 U.S.C. § 1746, declares that:

　　　　1.　　I am a Deputy Attorney General with the Department of the

Attorney General, State of Hawaii and have been assigned to represent Defendants

Benjamin Cayetano, Ted Sakai, Ed Shimoda, F. Cappy Caminos, Clayton Frank, Beryl Iramina, Neal Wagatsuma, and Albert Murashige, in their official capacities, in the above-entitled matter.

2. I have personal knowledge of the matters set forth herein and I am competent to so testify.

3. Attached hereto as Exhibit "A" is a true and correct copy of the printout of an e-mail exchange that I had with Plaintiffs' counsel Susan Dorsey in January 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, February 14, 2007.

/s/ Kendall J. Moser
KENDALL J. MOSER