IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO T. TOILOLO; JOSE BACDAD; and GEORGE RABAGO, | ) ) ) ) ) ) ) | CIVIL NO. 01-00815 DAE-LEK (Class Action; Injunctions)  CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BENJAMIN CAYETANO, in his official capacity; TED SAKAI, in his official and individual capacity; ED SHIMODA, in his official and individual capacity; F. CAPPY CAMINOS, in his official and individual capacity; CLAYTON FRANK, in his official and individual capacity; BERYL IRAMINA, in her official and individual capacity; NEAL WAGATSUMA in his official and individual capacity; and ALBERT MURASHIGE, in his official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, true and correct copies of the foregoing document were duly served as indicated on the following at their last known addresses:

| | |
|---|---|
| ACLU OF HAWAII<br>SUSAN K. DORSEY, ESQ.<br>P.O. Box 3410<br>Honolulu, Hawaii 96801 | Via first-class mail |
| MARK S. DAVIS, ESQ.<br>MICHAEL K. LIVINGSTON, ESQ.<br>STANLEY E. LEVIN, ESQ.<br>400 Davis Levin Livingston Grande Place<br>851 Fort Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiffs | Via first-class mail |
| MARK M. NOMURA, ESQ.<br>Deputy Attorney General<br>425 Queen Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>in their individual capacities | Via hand delivery |

DATED: Honolulu, Hawaii, February 14, 2007.

        STATE OF HAWAII

        MARK J. BENNETT
        Attorney General
        State of Hawaii

        /s/ Kendall J. Moser
        CARON M. INAGAKI
        KENDALL J. MOSER
        Deputy Attorneys General

        Attorneys for Defendants
        BENJAMIN CAYETANO, TED
        SAKAI, ED SHIMODA, F. CAPPY
        CAMINOS, CLAYTON FRANK,
        BERYL IRAMINA, NEAL
        WAGATSUMA, and ALBERT
        MURASHIGE, in their official
        capacities