MARK J. BENNETT      2672
Attorney General of Hawaii

MARK M. NOMURA      1477
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1494
Facsimile:  (808) 586-1369
E-mail:  Mark. M. Nomura@hawaii.gov

Attorney for Defendants
BENJAMIN CAYETANO, TED
SAKAI, ED SHIMODA, F. CAPPY
CAMINOS, CLAYTON FRANK,
BERYL IRAMINA, NEAL
WAGATSUMA, and ALBERT
MURASHIGE, in their individual capacities

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO T. TOILOLO; JOSE BACDAD; and GEORGE RABAGO, <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN CAYETANO, in his official capacity; TED SAKAI, in his official and individual capacity; ED SHIMODA, in his official and | CIVIL NO. 01-00815 DAE-LEK (Class Action; Injunctions) <br><br> **DEFENDANTS BENJAMIN CAYETANO, TED SAKAI, ED SHIMODA, F. CAPPY CAMINOS, CLAYTON FRANK, BERYL IRAMINA, NEAL WAGATSUMA, AND ALBERT MURASHIGE'S in their individual capacities, JOINDER IN DEFENDANTS BENJAMIN CAYETANO, TED SAKAI, ED SHIMODA, F. CAPPY CAMINOS, CLAYTON FRANK, BERYL IRAMINA, NEAL** |

| | | |
|---|---|---|
| individual capacity; F. CAPPY CAMINOS, in his official and individual capacity; CLAYTON FRANK, in his official and individual capacity; BERYL IRAMINA, in her official and individual capacity; NEAL WAGATSUMA in his official and individual capacity; and ALBERT MURASHIGE, in his official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) | **WAGATSUMA, AND ALBERT MURASHIGE'S, in their official capacities, MEMORANDUM IN OPPOSITION TO CLASS COUNSEL'S MOTION FOR AWARD FOR NAMED PLAINTIFFS; CERTIFICATE OF SERVICE** |
| Defendants. | ) ) ) | Non-Hearing Motion |

**DEFENDANTS BENJAMIN CAYETANO, TED SAKAI, ED SHIMODA, F. CAPPY CAMINOS, CLAYTON FRANK, BERYL IRAMINA, NEAL WAGATSUMA, AND ALBERT MURASHIGE'S in their individual capacities, JOINDER IN DEFENDANTS BENJAMIN CAYETANO, TED SAKAI, ED SHIMODA, F. CAPPY CAMINOS, CLAYTON FRANK, BERYL IRAMINA, NEAL WAGATSUMA, AND ALBERT MURASHIGE'S, in their official capacities, MEMORANDUM IN OPPOSITION TO CLASS COUNSEL'S <u>MOTION FOR AWARD FOR NAMED PLAINTIFFS</u>**

Defendants Benjamin Cayetano, Ted Sakai, Ed Shimoda, F. Cappy Caminos, Clayton Frank, Beryl Iramina, Neal Wagatsuma, and Albert Murashige, in their individual capacities, by and through their attorneys, Mark J. Bennett, Attorney General of Hawaii, and Mark M. Nomura, Deputy Attorney General, hereby joins in Defendants Benjamin Cayetano, Ted Sakai, Ed Shimoda, F. Cappy Caminos, Clayton Frank, Beryl Iramina, Neal Wagatsuma and Albert Murashige's, in their official capacities,

Memorandum in Opposition to Class Counsel's Motion for Award for

Named Plaintiffs, filed on February 14, 2007.

      DATED:  Honolulu, Hawaii, February 16, 2007.

                STATE OF HAWAII

                MARK J. BENNETT
                Attorney General
                State of Hawaii

                MARK M. NOMURA
                Deputy Attorney General

                Attorney for Defendants
                BENJAMIN CAYETANO,
                TED SAKAI, ED SHIMODA,
                F. CAPPY CAMINOS,
                CLAYTON FRANK, BERYL
                IRAMINA, NEAL
                WAGATSUMA, and ALBERT
                MURASHIGE, in their
                individual capacities