IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO T. TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BENJAMIN CAYETANO, in his official capacity; TED SAKAI, in his official and individual capacity; ED SHIMODA, in his official and individual capacity; F. CAPPY CAMINOS, in his official and individual capacity; CLAYTON FRANK, in his official and individual capacity; BERYL IRAMINA, in her official and individual capacity; NEAL WAGATSUMA in his official and individual capacity; and ALBERT MURASHIGE, in his official and individual capacity,<br><br>    Defendants. | CIVIL NO. 01-00815 DAE-LEK<br>(Class Action; Injunctions)<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, true and correct copies of the foregoing document were duly served as indicated on the following at their last known addresses:

225124_1.DOC

| | |
|---|---|
| ACLU OF HAWAII<br>SUSAN K. DORSEY, ESQ.<br>P.O. Box 3410<br>Honolulu, Hawaii 96801 | Via first-class mail |
| MARK S. DAVIS, ESQ.<br>MICHAEL K. LIVINGSTON, ESQ.<br>STANLEY E. LEVIN, ESQ.<br>400 Davis Levin Livingston Grande Place<br>851 Fort Street<br>Honolulu, Hawaii 96813 | Via first-class mail |

Attorneys for Plaintiffs

| | |
|---|---|
| CARON M. INAGAKI, ESQ.<br>KENDALL J. MOSER, ESQ.<br>Deputy Attorneys General<br>425 Queen Street<br>Honolulu, Hawaii 96813 | Via hand delivery |

Attorney for Defendants
BENJAMIN CAYETANO,
TED SAKAI, ED SHIMODA,
F. CAPPY CAMINOS,
CLAYTON FRANK,
BERYL IRAMINA,
NEAL WAGATSUMA, and
ALBERT MURASHIGE,
in their official capacities

DATED: Honolulu, Hawaii, February 16, 2007.

> STATE OF HAWAII
>
> MARK J. BENNETT
> Attorney General
> State of Hawaii
>
> */s/ Mark M. Nomura*
> MARK M. NOMURA
> Deputy Attorney General
>
> Attorney for Defendants
> BENJAMIN CAYETANO,
> TED SAKAI, ED SHIMODA,
> F. CAPPY CAMINOS,
> CLAYTON FRANK, BERYL
> IRAMINA, NEAL
> WAGATSUMA, and ALBERT
> MURASHIGE, in their
> individual capacities