AMERICAN CIVIL LIBERTIES UNION OF HAWAI`I
SUSAN K. DORSEY          7431
P.O. BOX 3410
Honolulu, Hawai`i 96801
Telephone:  (808) 779-7104
Facsimile:  (808) 522-5909

DAVIS LEVIN LIVINGSTON GRANDE
MARK S. DAVIS            1442
STANLEY E. LEVIN         1152
MICHAEL K. LIVINGSTON    4161
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-7500
Facsimile:  (808) 545-7802

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| GREGORY TAPAOAN; MICHAEL MARS; PEDRO RIBERIO; JOHN L. LEVAN; FLOYD SANTOS; FLOYD SYLVESTER; LEO TOILOLO; JOSE BACDAD; and GEORGE RABAGO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BENJAMIN CAYETANO, et al.,<br><br>          Defendants. | CIVIL NO. 01-00815 DAE LEK<br>(Class Action; Injunctions)<br><br>NOTICE OF WITHDRAWAL OF CLASS COUNSEL'S MOTION FOR AWARD FOR NAMED PLAINTIFFS FILED JANUARY 25, 2007 AND CERTIFICATE OF SERVICE |

### NOTICE OF WITHDRAWAL OF CLASS COUNSEL'S MOTION FOR AWARD FOR NAMED PLAINTIFFS FILED JANUARY 25, 2007

NOTICE IS HEREBY GIVEN that the above-identified Plaintiffs Class Counsel's Motion for Award for Named Plaintiffs previously filed with this court on January 25, 2007 by electronic filing as document number 183 which was taken under advisement, is hereby withdrawn without prejudice. All parties receiving notice as stated by the certificate of service attached hereto and filed herewith.

DATED: Honolulu, Hawai`i, February 28, 2007.

/S/ STANLEY E. LEVIN

_____
SUSAN K. DORSEY
MARK S. DAVIS
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs