IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GREGORY TAPAOAN, et. al., | ) | CIVIL NO. 01-00815 DAE/LEK |
| | ) | (Class Action; Injunctions) |
| Plaintiffs, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| BENJAMIN CAYETANO, et. al.; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that on February 28, 2007, a copy of the Notice of

Withdrawal of Class Counsel's Motion for Award for Named Plaintiffs filed

January 25, 2007 was served by hand delivering a copy to the following:

> MARK M. NOMURA, Esq.
> CARON M. INAGAKI, Esq.
> KENDALL J. MOSER, Esq.
> Deputy Attorneys General
> 425 Queen Street
> Honolulu, Hawai`i  96813
> Attorneys for Defendants

DATED:  Honolulu, Hawaii, February 28, 2007.

/S/ STANLEY E. LEVIN
_____
SUSAN K. DORSEY
MARK S. DAVIS
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs