# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/03/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 01-00815ACK-LEK |
| CASE NAME: | Gregory Tapaoan, et al. Vs. State of Hawaii, Department of Public Safety, et al. |
| ATTYS FOR PLA: | Susan K. Dorsey |
| ATTYS FOR DEFT: | Caron M. Inagaki<br>Mark Nomura |
| | Elbridge Smith (Claims Administrator) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 04/03/2007 | TIME: | 1:02-1:15 |

COURT ACTION:  EP: Status Conference held.  Susan K. Dorsey participated by phone.

By 4/24/07, Claims Administrator to find the outstanding recipients of funds.

Final Report of Claims Administrator to be filed by 5/29/07.

Fee petition to be filed by 6/4/07.

Submitted by: Warren N. Nakamura, Courtroom Manager